ILND 450 (Rev. 04/29/2016) Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Driverdo LLC,

Plaintiff,

v.

JP Morgan Chase Bank, N.A.,

Defendant,

Case No. 20 C 5046
Judge Joan H. Lefkow

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiffs
and against defendants
in the amount of

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiffs shall recover costs from defendants.

☒ in favor of defendant JP Morgan Chase Bank, N.A.
and against plaintiff Driverdo, LLC

.

Defendant shall recover costs from plaintiff.

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.
☐ tried by Judge without a jury and the above decision was reached.
☒ decided by Judge Joan H. Lefkow on a motion for summary judgment.

Date: 8/24/2022

Thomas G. Bruton, Clerk of Court

Amanda Scherer, Deputy Clerk