IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DRIVERDO LLC, a Kansas limited liability company d/b/a DRAIVER,<br><br>      Plaintiff,<br><br> v.<br><br>JP MORGAN CHASE BANK, N.A. d/b/a Chase Bank, a national banking association,<br><br>      Defendant. | No. 1:20-cv-05046<br><br>Hon. Joan H. Lefkow<br><br>Magistrate Judge Jeffrey T. Gilbert |

### JOINT STIPULATION TERMINATING CASE

Plaintiff DriverDo LLC ("Plaintiff") and Defendant JPMorgan Chase Bank, N.A. ("Chase") (Plaintiff and Chase, collectively the "Parties"), by and through their respective attorneys of record, hereby stipulate to the following:

1. The Parties have reached an agreement whereby Plaintiff hereby agrees to waive and relinquish any right it may have to appeal the Judgment entered by the Court on August 24, 2022 (Dkts. 82, 83) and Chase agrees to not seek costs in connection with this matter.

2. There being nothing further for the Court's consideration on the docket, the Parties agree that the case can be terminated.

**IT IS SO STIPULATED.**

| | |
|---|---|
| */s/ William L. Niro (with authorization)*<br> William L. Niro<br>**ARONBERG GOLDGEHN DAVIS & GARMISA**<br>330 N. Wabash Avenue, Suite 1700<br>Chicago, Illinois 60611<br>Tel: (312) 755-3188<br>Email: wniro@agdglaw.com<br><br>*Attorneys for Plaintiff DriverDo LLC* | */s/ Christopher A. Mair*<br> Michael R. Cedillos<br> Christopher A. Mair<br>**GREENBERG TRAURIG, LLP**<br>77 W. Wacker Drive, Suite 3100<br>Chicago, Illinois 60601<br>Tel: (312) 456-8400<br>Email: cedillosm@gtlaw.com<br>Email: mairc@gtlaw.com |

*Attorneys for Defendant JPMorgan Chase Bank, N.A.*

## **CERTIFICATE OF SERVICE**

I, Christopher A. Mair, an attorney, hereby certify that on September 22, 2022, I caused the foregoing **JOINT STIPULATION TERMINATING CASE** to be electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all registered parties.

*Christopher A. Mair*
Christopher A. Mair
